MINNIE HUTH, Respondent, *v.* F. W. WOOLWORTH & Co., Appellant.

(Argued February 15, 1929; decided March 19, 1929.)

*H. H. Brown* and *E. C. Sherwood* for appellant.
*Oswald N. Jacoby* and *Benjamin W. Goldberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE and O'BRIEN, JJ. Dissenting: KELLOGG and HUBBS, JJ. Not sitting: LEHMAN, J.